UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JANICE KUHR,

                Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

                Defendant.

CASE NO. C13-5253 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 15. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendant's decision is **AFFIRMED**.

Dated this 25th day March, 2014.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER